AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

SEALED UNITED STATES DISTRICT COURT
for the
Western District of Texas

AUG 2 3 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Ricardo Salazar Ortiz | ) | |
| (AKA Jesse H. Vargas Jr.) | ) | SA17-MJ-1013 |
| | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 7, 2016_____ in the county of _____Bexar_____ in the _____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1542 | False Statement in Application for a Passport |

PENALTIES:  Not more than 10 years imprisonment
Max $250,000 fine
Max 3 years supervised release
$100 mandatory special assessment

This criminal complaint is based on these facts:

See attached statement.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Erik Nygren, S/A, U. S. Dept. of State
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___8/23/2017___

_____
_Judge's signature_

City and state:          SAN ANTONIO, TX

HONORABLE HENRY J. BEMPORAD
_Printed name and title_

ATTACHMENT TO COMPLAINT

1. Your complainant is Erik Nygren, a sworn Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS), currently assigned to the Houston Field Office, Houston, Texas. My duties include conducting criminal investigations involving violations relating to the issuance and use of United States passports. I have received training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. Prior to being employed by DSS, I was a Police Officer in the City of Alexandria (VA) for a period of approximately 5 years.

2. The information in this complaint is based upon my own knowledge, records furnished to me in my official capacity and information provided by other law enforcement officials. This affidavit does not contain every material fact that I have learned during the course of this investigation, and is intended to show only that there is sufficient probable cause for the requested warrant.

3. On December 7, 2016, an individual identifying himself as Jesse H. Vargas Jr. sent a DS-82 #279344373 to a US passport processing center and provided a Mailing Address, for return of a new passport, as 3911 Waterbrook Drive Elmendorf, Texas 78112, which is in the Western District of Texas. In the DS-82 #279344373, the applicant cited a previously U.S. Passport #420152028, issued in 2006 to Jesse H. Vargas Jr.. During processing of DS-82 #279344373 a Fraud Prevention Manager with the National Passport Center referred the application to DSS due to what was believed to be a Social Security Number issued unusually late in the applicant's life. Additionally, it was found that there are two people with the same identifying information, but substantially different appearances claiming to be Jesse H. Vargas on two different Texas Driver

Licenses. As a result, the case was forwarded to DSS Houston Field Office and assigned to me for further investigation.

4. The DS-11 Application for a U.S. Passport for the passport #420152028 shows that the applicant claimed his parents to be Consuelo Vargas and Jesse H Vargas, both of whom were born in San Antonio, Texas in 1924 and 1922 respectively. The birth certificate for the identity of Jesse H. Vargas Jr. indicates that there are 7 other prior children that were living at the time of birth on September 22, 1956. The Texas Bureau of Vital Statistics was able to locate birth certificates for Consuelo Vargas, Dora Vargas, Frances Vargas, Gloria Vargas, and Mary Vargas to the same parents as Jesse H. Vargas.

5. From the name and date of birth obtained from the Texas Bureau of Vital Statistics, Mary Vargas was located in Florida with the assistance of record databases and Florida driver's license records.

6. A criminal history check for the name of Jesse H. Vargas born on September 22, 1945 shows that more than one person has been arrested using this name. This has been determined by the fact that a different "FBI number" has been assigned to fingerprints associated to each person. In my training and experience I know that each uniquely identifiable set of fingerprints obtained by the FBI's Automated Fingerprint Identification System is assigned a unique "FBI Number".

7. One FBI number associated with the name Jesse H. Vargas born 9/22/1956 is 463240DA8, which indicates an arrest in San Bernardino County, California. A booking photo was obtained from San Bernardino County Sheriff's Department Records for that arrest. This same person also was found to have an identification card in Arizona bearing a Clifton, Arizona address in the name of Jesse H. Vargas.

8. A second FBI number, 903503P4, also associated with the name Jesse H. Vargas born 9/22/1956, indicates arrests in San Antonio by the San Antonio Police Department and

Bexar County Sheriff's Department. A booking photo obtained from Bexar County Sheriff's Department records shows a subject that matches the applicant of DS-82 #279344373 and the previously issued passport.

9.  On August 9, 2017, Special Agents Quintana and Ramirez with DSS Miami Field Office spoke to Mary Vargas, a sister of the real Jesse H. Vargas, at her home in Florida. Mary stated that Jesse Vargas currently lives in Arizona. The DSS Agents showed Mary Vargas three photos, one of which was a photo of the applicant in DS-82 #279344373 with FBI# 903503P4, and a second was the Jesse Vargas that currently lives in Arizona with FBI# 463240DA8. Mary Vargas identified her brother as Jesse Vargas that currently lives in Arizona, and not the applicant for a passport in DS-82 #279344373 with FBI# 903503P4.

10. The criminal history for FBI# 903503P4 shows that the same person was arrested by the Immigration and Naturalization Service in Houston in 1976 under the name Ricardo Salazar-Ortiz for an immigration violation. Further Department of Homeland Security records indicate that Ricardo Salazar Ortiz was born on 7-15-1955 in Mexico, and was deported following his arrest.

Respectfully submitted,

Erik Nygren, Special Agent
United States Department of State
Diplomatic Security Service

Sworn to and subscribed before me this 23rd day of August, 2017

UNITED STATES MAGISTRATE JUDGE