

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>**ENRIQUE SALAZAR, aka**<br>**ENRIQUE SALAZAR-ORTIZ, aka**<br>**JESSE H. VARGAS, JR.,**<br><br>**Defendant** | **CRIMINAL NO: SA-17-CR-706-FB**<br>**S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>[▶ Vio.:  18 U.S.C. § 1542, False<br>**Statement in Application of Passport;**<br>▶ Vio.: 18 U.S.C. § 911: False<br>**Representation of Citizenship;**<br>▶ Vio.: 18 U.S.C. § 611: Unlawful<br>Voting by Alien;<br>▶ Vio.: 18 U.S.C. § 1028A: Aggravated<br>**Identity Theft**<br>▶ Vio: 18 U.S.C. § 922(g)(5)(A):<br>**Unlawful Alien in Possession of**<br>**Firearm]** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 1542]

That on or about December 7, 2016, in the Western District of Texas, the Defendant,

**ENRIQUE SALAZAR, aka**
**ENRIQUE SALAZAR-ORTIZ, a.k.a.**
**JESSE H. VARGAS, JR.,**

did unlawfully, willfully, and knowingly make a false statement in an application for a passport

with intent to induce and secure the issuance of the passport under the authority of the United

States, for his own use or the use of another, contrary to the laws regulating the issuance of

passports and the rules prescribed pursuant to issuance of passports, in violation of Title 18,

United States Code, Section 1542.

## COUNT TWO
[18 U.S.C. § 911]

That on or about December 7, 2016, in the Western District of Texas, the Defendant,

**ENRIQUE SALAZAR, aka
ENRIQUE SALAZAR-ORTIZ, aka
JESSE H. VARGAS, JR.,**

a citizen of the Republic of Mexico and therefore an alien in the United States, did unlawfully,

willfully, and falsely represent himself to be a citizen of the United States, in violation of Title

18, United States Code, Section 911.

## COUNT THREE
[18 U.S.C. § 611]

That on or about November 8, 2016, in the Western District of Texas, the Defendant,

**ENRIQUE SALAZAR, aka
ENRIQUE SALAZAR-ORTIZ, aka
JESSE H. VARGAS, JR.,**

a citizen of the Republic of Mexico and therefore an alien in the United States, did unlawfully,

willfully, and knowingly vote in an election held solely or in part for the purpose of electing a

candidate for the office of President, Vice President, Presidential elector, Member of the Senate,

or Member of the House of Representatives, in violation of Title 18, United States Code, Section

611.

## COUNT FOUR
[18 U.S.C. § 1028A(a)(1)]

That on or about December 7, 2016, in the Western District of Texas, the Defendant,

**ENRIQUE SALAZAR, aka
ENRIQUE SALAZAR-ORTIZ, aka
JESSE H. VARGAS, JR.,**

did knowingly possess and use, without lawful authority, a means of identification of another

person, to wit: the name and date of birth of that person, during and in relation to a felony violation

2

of False Statement in Application of Passport (Title 18 U.S.C. § 1542), in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE
[18 U.S.C. § 922(g)(5)(A)]

That on or about August 24, 2017, in the Western District of Texas, Defendant,

**ENRIQUE SALAZAR, aka**
**ENRIQUE SALAZAR-ORTIZ, aka**
**JESSE H. VARGAS, JR.,**

then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, to-wit: one Marlin Firearms, .22 caliber rifle, Model 60SB, Serial Number: 98449183, in violation of Title 18, United States Code, Section 922(g)(5)(A);

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Firearm Violation and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(5)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violation set forth in Count Five, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> (d)(1) Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture. . . under the provisions of this chapter. . . .

3

This Notice of Demand for Forfeiture includes but is not limited to the following property:

1. **Marlin Firearms, .22 caliber rifle, Model 60SB, Serial Number: 98449183; and**

2. **Any related ammunition and firearm accessories.**

A TRUE BILL.

FOREPERSON OF GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY:

THOMAS P. MOORE
Assistant United States Attorney